**SULAIMAN LAW GROUP**
Alejandro E. Figueroa
2500 South Highland Ave
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-575-8188
E-Mail: afigueroa@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY G. BRAGG,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, and EQUIFAX INFORMATION SERVICES,<br><br>Defendants. | Case No. 2:21-cv-01151<br><br>**NOTICE OF SETTLEMENT** |

   PLEASE TAKE NOTICE that Plaintiff, SALLY G. BRAGG and Defendant, CAPITAL ONE BANK, hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

 Dated: April 28, 2022.                *By: /s/ Alejandro E. Figueroa*
                              Alejandro E. Figueroa Esq.
                              Sulaiman Law Group
                              2500 S. Highland Avenue, Suite 200
                              Lombard, Illinois
                              Telephone: 630-575-8181
                              Facsimile: 630-575-8188
                              afigueroa@sulaimanlawgroup.com
                              Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

 I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

             *By: /s/ Alejandro E. Figueroa*
             Alejandro E. Figueroa Esq