# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY G. BRAGG,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK and EQUIFAX INFORMATION SERVICES,<br><br>    Defendant. | Case No. 2:21-cv-01151-TLN-CKD<br><br>**ORDER** |

Plaintiff, Sally G. Bragg ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice as to Capital One Bank (USA) N.A., improperly identified in the Complaint as "Capital One Bank," and the Court having reviewed same, now finds that this matter should be dismissed as to Capital One Bank (USA) N.A..

IT IS THEREFORE ORDERED by this Court that as Capital One Bank (USA) N.A. the above-captioned action is hereby dismissed, with prejudice.

Dated: 6/27/2022

_____
Troy L. Nunley
United States District Judge

1